Dismissed and Memorandum Opinion filed October 20, 2005









Dismissed and Memorandum Opinion filed October 20,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00396-CV

____________

 

BANK ONE,
N.A., Appellant

 

V.

 

DAVID SEVERN and LINDA SEVERN, Appellees

 



 

On Appeal from the
151st Judicial District Court

 Harris County, Texas

Trial Court Cause
No.
03-66245

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a default judgment signed December 8,
2004.     

On October 5, 2005, the parties filed a motion to dismiss the
appeal in order to effectuate a compromise and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed October 20, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.